UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAI-LI MARKET,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES ATTORNEY, et al.,<br><br>            Defendants. | CASE NO. C12-5566 BHS<br><br>ORDER |

    This matter comes before the Court on *pro se* Plaintiff Tai-Li Market's motion for an extension of time to show cause and to file joint status report (Dkt. 14). The Court has considered the pleadings filed in support of the motion and hereby grants it for the reasons stated herein.

    On January 28, 2013, this Court directed the parties to show cause by February 15, 2013, why the action should not be dismissed, as they had failed to file their required joint status report. On February 15, 2013, Tai-Li Market filed the instant motion for an extension because they needed to seek legal counsel to represent them in this matter. *See* Dkt. 14. The Defendants filed no reply in opposition to the motion.

1   The Court finds that Tai-Li Market has shown good cause for seeking an extension
2   to file the Joint Status Report.
3   Therefore, it is hereby **ORDERED** that Tai-Li Market's motion (Dkt. 14) is
4   **GRANTED**.  The Joint Status Report is due by March 22, 2013.  If the report is not filed
5   by that date, the Court will be dismiss this case without further notice to the parties.
6   Dated this 4th day of March, 2013.

                         BENJAMIN H. SETTLE
                         United States District Judge